## Naugle's Estate (No. 2).

Argued October 23, 1923. Appeal, No. 81, April T., 1924, by Marjorie Gillespie, from decree of O. C. Lawrence County, Sept. T., 1918, No. 38, making distribution of money in the hands of George W. Naugle and Clyde V. Ailey, Executors of the Estate of Isaphena P. Naugle, deceased. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

OPINION BY PORTER, J., February 29, 1924:

This is an appeal from the same decree and presents only the same questions which have been considered in the opinion this day filed in the appeal of John C. Naugle, and for the reasons there stated the assignments of error are overruled.